IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA      :

         Plaintiff      :      Case No.   3:19-CR-137

         vs.      :      HONORABLE WALTER H. RICE

Kelly, Kimberly L      :

         Defendant      :

---

## ORDER AMENDING BOND CONDITIONS

---

For good cause shown, the Court hereby amends the bond conditions filed in this matter on September 27, 2019 and adds the following conditions:

*1. Participate in and complete a Cognitive Life Skills program under the guidance and supervision of the U.S. Pretrial Services Office.*

All other bond conditions remain in full force and effect.


Date: 3-9-20

HONORABLE WALTER H. RICE
UNITED STATES DISTRICT JUDGE